UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN POLK -BOSTER, an individual,<br><br>        Plaintiffs,<br><br>        vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; AMERICAN HOME MORTGAGE, INC., a Delaware Corporation; AMERICAN BROKERS CONDUIT, a California Corporation and DOES 1 through 10, inclusive,<br><br>        Defendants. | **CASE NO.:** CV 09-0907 PJH<br>**JUDGE:**   Phyllis J. Hamilton<br>**CRTRM:**   "5"<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>**[NO HEARING REQUIRED]**<br><br>Date Action Filed:   March 2, 2009<br>Trial Date:             Not Assigned |

   The Joint Stipulation of Plaintiff CAROLYN POLK-BOSTER ("Plaintiff") and Defendant AMERICAN HOME MORTGAGE SERVICING, INC. ("Defendant") for an order continuing the hearing on Defendant's Motion to

1 | Dismiss and Defendant's Motion to Strike Portions of Plaintiff's Complaint in the
2 | above-captioned matter is hereby GRANTED.
3 |     PURSUANT TO THE STIPULATION, IT IS SO ORDERED:
4 |     The ~~Scheduling Conference~~ hearing shall be, and hereby is, continued from June 17,
5 | 2009 to [~~July 1, 2009~~] July 8, 2009.

8 | Dated: 5/26/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

ORDER GRANTING MOTION FOR
CONTINUANCE
Case No. CV 09-0907 PJH