Tiffany L. Gray (SB# 253004)
STEPHEN P. COLLETTE & ASSOCIATES
811 Wilshire Blvd., Suite 1200
Los Angeles, CA 90017
Telephone: (213) 542-8272
Facsimile: (562) 684-4531

Attorneys for Plaintiff CAROLYN POLK-BOSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN POLK-BOSTER, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; AMERICAN HOME MORTGAGE, INC., a Delaware Corporation; AMERICAN BROKERS CONDUIT, a California Corporation and DOES 1 through 10, inclusive,<br>  Defendants. | CASE NO.:<br><br>**CASE NO.:** CV 09-0907 PJH<br><br>**JUDGE:**   Phyllis J. Hamilton<br><br>**CRTRM:**   "5"<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[NO HEARING REQUIRED]**<br><br>Date Action Filed:   March 2, 2009<br>Trial Date:   Not Assigned |

The Joint Stipulation of Plaintiff CAROLYN POLK-BOSTER ("Plaintiff") and Defendant AMERICAN HOME MORTGAGE SERVICING, INC. ("Defendant") for an order continuing the Case Management Conference in the above-captioned matter is hereby GRANTED.

///

///

1
**JOINT STIPULTATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

1
2      PURSUANT TO THE STIPULATION, IT IS SO ORDERED:
3
4      The Case Management Conference shall be, and hereby is, continued from June 25, 2009
5 to [July 8, 2009] __August 13_____, 2009.
6
7
8
     Dated: __6/19/09_____
9

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**JOINT STIPULTATION TO CONTINUE CASE MANAGEMENT CONFERENCE**