UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN POLK-BOSTER,

    Plaintiff,

    v.

AMERICAN HOME MORTGAGE SERVICING, INC., et al.,

    Defendants.

_____/

No. C 09-0907 PJH

**ORDER OF DISMISSAL**

Plaintiff having failed to file a proof of service of the summons and complaint on defendants American Home Mortgage, Inc., and American Brokers Conduit, as directed by the court at the July 8, 2009, hearing on defendant American Home Mortgage Servicing, Inc.'s motion to dismiss, the court hereby DISMISSES defendants American Home Mortgage, Inc. and American Brokers Conduit from the case.

**IT IS SO ORDERED.**

Dated: August 7, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge