UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN POLK-BOSTER,

    Plaintiff,

    v.

AMERICAN HOME MORTGAGE, et al.,

    Defendant.
_____/

No. C 09-0907 PJH

**ORDER**

The order dismissing defendant American Brokers Conduit is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 13, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge