UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN POLK-BOSTER,

       Plaintiff(s),                      No. C 09-00907 PJH

    v.                                    **ORDER RE BANKRUPTCY STAY**

AMERICAN HOME MORTGAGE SERVICING, INC., et al.,

       Defendant(s).

_____/

It appearing from the Suggestion of Bankruptcy filed with this court on April 27, 2009, that defendants American Home Mortgage, Inc. and American Brokers Conduit, have filed petitions in bankruptcy and that an automatic stay is in effect,

IT IS HEREBY ORDERED that this action as it pertains to defendant American Brokers Conduit, is STAYED.

The action against American Home Mortgage, Inc. has been dismissed.

The action against American Home Mortgage Servicing, Inc., however remains pending and shall proceed.

IT IS SO ORDERED.

Dated: August 14, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge