UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** November 4, 2009               **JUDGE:** Phyllis J. Hamilton

**Case No:** C-09-0907 PJH

**Case Name:** Carolyn Polk-Boster v. American Home Mortgage, et al.

**Attorney(s) for Plaintiff:**     No appearance
**Attorney(s) for Defendant:**     Kristen H. Cerf

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Diane Skillman

### PROCEEDINGS

Defendant's Motion to Dismiss-GRANTED with prejudice as stated on the record. Defense counsel to prepare order for the court.

**Order to be prepared by:**   [] Pl [x] Def  []  Court

**Notes:**

**cc: chambers**