UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN POLK-BOSTER

    Plaintiff,                            No. C 09-0907 PJH

    v.                                  **ORDER RE BANKRUPTCY STAY**

AMERICAN HOME MORTGAGE
SERVICING, INC., et al.,

    Defendants.

_____/

    It appearing from the Suggestion of Bankruptcy filed on April 27, 2009, that defendant American Brokers Conduit has filed a petition in bankruptcy and that an automatic stay is in effect as to that defendant, and as the remaining two defendants have been dismissed from the case and no further reason exists to maintain the file as an open one for statistical purposes, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

    IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: November 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge